UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LONNIE SHOCKLEY                                                PLAINTIFF

v.                          No. 2:18-cv-160-DPM

LEVI ROHN; CELADON TRUCKING
SERVICES, INC.; and EAGLE LOGISTICS
SERVICES, INC.                                                 DEFENDANTS

## ORDER

Celadon Trucking Services, Inc. and Eagle Logistics Services, Inc. have gone into bankruptcy. № 15. This case is stayed and administratively terminated. Status report due by 17 December 2020. The Court will lift the stay, and dismiss Shockley's complaint without prejudice, if no party seeks some relief by that date.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2019