UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LONNIE SHOCKLEY                                                              PLAINTIFF

v.                                     No. 2:18-cv-160-DPM

LEVI ROHN; CELADON TRUCKING
SERVICES, INC.; and EAGLE LOGISTICS
SERVICES, INC.                                                              DEFENDANTS

## ORDER

The Court notes Shockley's *pro se* paper, *Doc. 17*, which the Court construes as a motion to extend the stay. Counsel for Shockley and defendants must also file a status report, *Doc. 16*. Please include the status of Mr. Brewer's representation of Shockley.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 December 2020