UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LONNIE SHOCKLEY                                                          PLAINTIFF

v.                              No. 2:18-cv-160-DPM

LEVI ROHN; CELADON TRUCKING
SERVICES, INC.; and EAGLE LOGISTICS
SERVICES, INC.                                                          DEFENDANTS

ORDER

Joint status report, *Doc. 20*, appreciated. Update on Mr. Brewer's continued representation of Shockley, *Doc. 20 at ¶ 1*, noted. Shockley's *pro se* paper, *Doc. 17*, which the Court has construed as a motion to extend the stay, is denied as moot. This case will remain stayed. Status report due by 25 May 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 March 2021